UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON,

                              Plaintiff,

                -against-

BURGER KEEPER, LLC and LA SCALA
RESTAURANT, LLC,

                              Defendants.

23-cv-02487 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties have notified the Court that mediation was unsuccessful.  ECF No. 12.  By separate Order today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  If all parties so consent, they must, **by August 7, 2023**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference (and also available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to the Order of Reference.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **by August 7, 2023**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. No adverse consequences will result from the withholding of that consent.

Dated: July 24, 2023
   New York, New York

           SO ORDERED.

           *Jennifer Rochon*
           JENNIFER L. ROCHON
           United States District Judge