UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STASON SUTTON,

                      Plaintiff,                  **23-cv-2487 (JLR) (VF)**

       -against-                             **ORDER**

BURGER KEEPER, LLC et al

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Defendants are directed to answer, move, or otherwise respond to the complaint filed on March 23, 2023, by no later than **August 15, 2023.** The Court will schedule an initial case management conference once a response to the complaint has been filed.

**SO ORDERED.**

DATED:      New York, New York
                July 26, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge