

1345 AVENUE OF THE AMERICAS – 11TH FLOORNEW
YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-788
www.egsllp.com

September 29, 2023

**Via ECF**
Honorable Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:  **Sutton v. Burger Keeper, LLC et al. 23-cv-02487 (JLR) (VF)
REQUEST FOR ADJOURNMENT OF INITIAL CONFERENCE**

Dear Judge Figueredo,

In accordance with Your Honor's Individual Practice Rules, please accept this letter as a joint request by the parties to adjourn the initial conference scheduled for Thursday October 5, 2023 at 12:30pm. We are pleased to notify the Court that we have reached a settlement of this case. We intend to enter into a settlement agreement and file a stipulation of dismissal thereafter.

Respectfully submitted,

ELLENOFF GROSSMAN & SCHOLE LLP

*Jennifer Schmalz*

Jennifer M. Schmalz, Esq.

Cc: Glen Parker, Esq

{01293213.DOCX.1}

---

**Application Granted**

*[signature]*

Valerie Figueredo, U.S.M.J.

DATED:  October 2, 2023

The parties are instructed to file a status update by **October 16, 2023**, if a proposed stipulation of dismissal is not filed by that date. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.